UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRIONNA CAPOZIO,  )<br>　　　Plaintiff,　　　)<br>　　　　　　　　　　　)　No. 1:14-cv-133<br>-v-　　　　　　　　　)<br>　　　　　　　　　　　)　HONORABLE PAUL L. MALONEY<br>COMMISSIONER OF SOCIAL SECURITY,　)<br>　　　Defendant.　　　)<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿)| |

## **JUDGMENT**

　　　This lawsuit has been remanded for further action to the Commissioner under sentence four of 42 U.S.C. § 405(g). As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

　　**THIS LAWSUIT IS TERMINATED.**

　　**IT IS SO ORDERED.**

Date:　April 24, 2015　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge